# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

Prime Vest Financial Services, Inc.,                          Civ. No.05-CV-1312

      Plaintiff,

                                         **ORDER OF DISMISSAL**

vs.

J. Ryan Ruxer and Linsco/Private
Ledger Corp.,

      Defendants.

_____

      Upon the stipulation of the parties and by Order of the Court,

      IT IS ADJUDGED, that the above civil action is dismissed with prejudice.


     LET JUDGMENT BE ENTERED ACCORDINGLY.



                               BY THE COURT:


Dated: September 9, 2005       s/Paul A. Magnuson_____
                               Hon. Paul A. Magnuson
                               U.S. District Court Judge